Nos. 5,522 and 5,523.—STATE ex rel. A. A. BRIDGES, RE-
LATOR, v. DISTRICT COURT et al., RESPONDENTS.

Original applications for writ of *certiorari* to review certain
orders made by the District Court of Gallatin County, B. B.
Law, Judge, in the cause entitled *John Walsh, Plaintiff,* v.
*A. A. Bridges et al., Defendants.*

Decided April 22, 1924.

PER CURIAM.—Relator's applications for writs of *certiorari*
in the above-entitled causes are denied.

*Mr. Frank W. Mettler,* for Relator.

---

No. 5,524.—STATE ex rel. S. V. STEWART, RELATOR, v.
CHARLES T. STEWART, SECRETARY OF STATE, RE-
SPONDENT.

Original application for writ of mandate to compel respond-
ent, as secretary of state, to certify to each county clerk within
the state, the name of relator as a candidate for the office of
delegate at large to the Democratic National Convention, with
the words "I favor nomination of W. G. McAdoo" printed
after his name on the official nominating ballots.

Decided April 28, 1924.

PER CURIAM.—Application of counsel for relator to dis-
miss the proceeding in the above-entitled cause is sustained and
the proceeding is accordingly dismissed.